

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2021

No. 04-20-00561-CV

Enrique **LOPEZ**, Individually, and as Representative of the Estate of Tristan Lopez, Deceased,
Appellant

v.

**GUIDING LIGHT, LLC**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI21729
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant's brief was originally due February 3, 2021; however, the court granted an extension of time until March 5. Appellant has filed a motion seeking a further extension of time to file the brief.

We **grant** the motion in part and **order** appellant's brief due **April 5, 2021** (sixty-one days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2021.



Michael A. Cruz,
Clerk of Court